**No. 10-8346. Nathan Nathaniel Render, Petitioner v. Texas.**

562 U.S. 1243, 131 S. Ct. 1533, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1270.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

Same case below, 316 S.W.3d 846.

**No. 10-8347. Richard Samuel Ayala, Petitioner v. United States.**

562 U.S. 1243, 131 S. Ct. 1533, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1145.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 610 F.3d 1035.

**No. 10-8352. Ricky Soucy, Sr., Petitioner v. Patricia M. Barnhart, Warden.**

562 U.S. 1243, 131 S. Ct. 1533, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1244, ▮

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-8358. William A. Cudd, Petitioner v. Jon Ozmint, Director, South Carolina Department of Corrections, et al.**

562 U.S. 1243, 131 S. Ct. 1533, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1200.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-8361. Anthony Askew, Petitioner v. United States.**

562 U.S. 1243, 131 S. Ct. 1534, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1163, ▮

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8364. Altagracia Rosario, Petitioner v. United States.**

562 U.S. 1243, 131 S. Ct. 1534, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1281.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 384 Fed. Appx. 47.

**No. 10-8365. Oscar Wells, Petitioner v. United States.**

562 U.S. 1243, 131 S. Ct. 1534, 179 L. Ed. 2d 348, 2011 U.S. LEXIS 1154.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 623 F.3d 332.